

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00418-CV

**IN THE MATTER OF N.G.W.**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2018JUV01204
Honorable Carlos Quezada Jr., Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED October 27, 2021.

_____
Patricia O. Alvarez, Justice